United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs- Case No. 2:23-cr-181
Shedrick Hawkins

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 9/25/2024 at 1:30 | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Govt: | Heidy Carr |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Chelsea Panzeca |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The defendant is sentenced to a term of 135 months of imprisonment on Counts 1 and 2 of the Indictment to be served concurrently.

The defendant is sentenced to a term of 5 years supervised release on Count 1 and a 3 years on Count 2, to be served concurrently.

No fine is imposed.

A $200.00 special assessment is due immediately.

A Final Order of Forfeiture is forthcoming.